**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMUNICATIONS NETWORK
INTERNATIONAL, LTD.,

          Petitioner

        v.

WILLIAM MARK MULLINEAUX,
ESQUIRE; ASTOR WEISS KAPLAN &
MANDEL, LLP; FLAMM WALTON PC;
RATNER & PRESTIA, P.C.,

          Respondents

:  No. 371 EAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 27th day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.